# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2010

140290

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARLO ALEXANDER MEDINA,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140290
COA: 293561
Saginaw CC: 07-029101-FC

      On order of the Court, the application for leave to appeal the September 30, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2010

s0519

_____
Clerk